```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 01754
    ROY BARRON
    BARBARA BARRON                          CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-9048      SSN XXX-XX-0177


--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 01/27/2008 and was confirmed 04/02/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 01/07/2009.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
HSBC MORTGAGE SVCS         CURRENT MORTG         .00           .00            .00
HSBC MORTGAGE SVCS         MORTGAGE ARRE      500.48           .00            .00
HSBC MORTGAGE SERVICES     NOTICE ONLY    NOT FILED           .00            .00
CAPITAL ONE                UNSECURED         1080.28           .00            .00
ASSET ACCEPTANCE LLC       UNSECURED         3217.41           .00            .00
CONDOR CAPITAL CORP        SECURED VEHIC    18042.00        544.37         807.51
CONDOR CAPITAL CORP        UNSECURED          297.36           .00            .00
ASSET ACCEPTANCE LLC       UNSECURED           55.44           .00            .00
ORANGE LAKE COUNTRY CLUB   SECURED               .00           .00            .00
ORANGE LAKE COUNTRY CLUB   UNSECURED              .00          .00            .00
AMERICASH LOANS            UNSECURED         1356.72           .00            .00
HOMECOMINGS FINANCIAL      NOTICE ONLY    NOT FILED           .00            .00
RJM ACQUISITIONS           UNSECURED           74.11           .00            .00
PREMIER BANCARD CHARTER    UNSECURED          521.10           .00            .00
WELLS FARGO AUTO FINANCE   SECURED VEHIC    10145.61        294.51        1057.37
WELLS FARGO AUTO FINANCE   UNSECURED      NOT FILED           .00            .00
RESCAP MORTGAGE            CURRENT MORTG         .00           .00            .00
RESCAP MORTGAGE            MORTGAGE ARRE     5389.53           .00            .00
WESTGATE WOODS RESORT      SECURED               .00           .00            .00
ASSET ACCEPTANCE LLC       UNSECURED         2148.20           .00            .00
COMMONWEALTH EDISON        UNSECURED          242.70           .00            .00
CASHLAND FINANCIAL SERVI   UNSECURED      NOT FILED           .00            .00
CASHLAND FINANCIAL SERVI   UNSECURED      NOT FILED           .00            .00
CITICORP CREDIT SERVICES   UNSECURED              .00          .00            .00
CITICORP CREDIT SERVICES   UNSECURED              .00          .00            .00
CITICORP CREDIT SERVICES   UNSECURED              .00          .00            .00
CITICORP CREDIT SERVICES   UNSECURED              .00          .00            .00
CITICORP CREDIT SERVICES   UNSECURED              .00          .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         1100.91           .00            .00
CREDIT MANAGEMENT INC      UNSECURED      NOT FILED           .00            .00
GREAT AMERICAN FINANCE     UNSECURED      NOT FILED           .00            .00
ECAST SETTLEMENT CORP      UNSECURED          403.28           .00            .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 01754 ROY BARRON & BARBARA BARRON
```

```
JVDB ASSOCIATES            UNSECURED       NOT FILED              .00              .00
NORTH SHORE AGENCY         UNSECURED       NOT FILED              .00              .00
PELLETTIERI & ASSOC        UNSECURED       NOT FILED              .00              .00
DEPARTMENT OF HUMAN SERV   UNSECURED       NOT FILED              .00              .00
NATIONAL ARBITRATION FOR   UNSECURED       NOT FILED              .00              .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     3,484.00                          2,609.24
TOM VAUGHN                 TRUSTEE                                             462.00
DEBTOR REFUND              REFUND                                                 .00
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
```
TRUSTEE                5,775.00

PRIORITY                                          .00
SECURED                                      1,864.88
    INTEREST                                   838.88
UNSECURED                                         .00
ADMINISTRATIVE                               2,609.24
TRUSTEE COMPENSATION                           462.00
DEBTOR REFUND                                     .00
                      ---------------    ---------------
TOTALS                 5,775.00              5,775.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/05/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```